UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20674-CR-GAYLES/TORRES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LLC WHOLESALE SUPPLY, LLC,

      Defendant.
_____/

### REPORT AND RECOMMENDATION ON CHANGE OF PLEA

This matter was before the Court following on Order of Reference to conduct a proceeding for acceptance of a guilty plea by the organizational Defendant in the case. The Court having conducted a change of plea hearing on this date, October 20, 2022, it is recommended that the Defendant's change of plea be accepted for the following reasons:

    1.    The Court conducted a plea colloquy in accordance with Fed. R. Crim. P. 11. The parties agreed to conduct such hearing before the undersigned Magistrate Judge with sentencing to be conducted by the District Judge. Additionally, the parties stipulated that Defendant's corporate representative, pursuant to Fed.R.Crim.P. 43(b)(1), could waive the Defendant's personal appearance at the hearing by having its corporate representative appear by remote means (video conference). Defendant's corporate representative further attested

that he was authorized to represent the corporate Defendant by written authorizations of its principals.

2. A written plea agreement was entered into by the parties in this case and filed as Exhibit A to the hearing. This Court reviewed that agreement on the record and had the Defendant acknowledge through its corporate representative that he signed and understood the plea agreement on behalf of the Defendant. The Defendant pleaded guilty to Count 3 of the Fourth Superseding Indictment, charging the company with a money laundering conspiracy, in violation of Title 18, United States Code, 1956.

3. The government stated on the record a factual basis for the entry of the plea that included all the essential elements of the offense to which the Defendant is pleading guilty and any sentencing enhancements and/or aggravating factors that may be applicable. Specifically, the Court reviewed with Defendant the government's factual proffer, filed as Exhibit B to the hearing, to assure that a factual basis existed for the entry of the plea. The Defendant's corporative representative assented to the accuracy of the proffer and Defendant acknowledged its participation in the offense. The Court also reviewed with Defendant the possible minimum and maximum penalties. The Defendant's corporative representative acknowledged that the company understood these possible penalties and consequences.

4. Based upon all the foregoing and the plea colloquy conducted by this Court, it is recommended that the Defendant be found to have freely and

voluntarily entered its guilty plea as more particularly described herein and that the Defendant be adjudicated guilty of the offense charged in Count 3 of the Fourth Superseding Indictment.

5. A pre-sentence investigation is being prepared. Sentencing shall be set for January 4. 2023, at 10:30 a.m.

ACCORDINGLY, this Court recommends that the Defendant corporative representative's plea of guilty on behalf of the company be accepted, the Defendant be adjudicated guilty as to Count 3 of the indictment to which it entered its plea of guilty, and that a sentencing hearing be conducted for final disposition of this matter. The parties shall have seven (7) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Darrin P. Gayles, United States District Judge. Failure to file timely objections waives a party's right to review issues related to the Defendant's plea under Fed. R. Crim. P. 11 before the District Judge or the Court of Appeals (even under a plain error standard). *See* Fed. R. Crim. P. 59(b)(1), (2); *Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Lewis,* 492 F.3d 1219, 1222 (11th Cir. 2007) (en banc).

**DONE AND SUBMITTED** this 20th day of September, 2022, at Miami, Florida.

                                                 */s/ Edwin G. Torres*
                                                 EDWIN G. TORRES
                                                 United States Magistrate Judge